# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**CHRISTOPHER WILSON**                                                                    **PETITIONER**

**V.**                   **NO. 2:10CV196-P-S**

**CHRISTOPHER B. EPPS, et al.**                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, the motion to dismiss (docket number 8) is **GRANTED**. The instant petition is **DISMISSED** without prejudice. The motion to amend (docket entry 9) is **DENIED**.

**IT IS SO ORDERED.**

THIS the 14th day of April, 2011.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE